| | | |
|---|---|---|
| Desirae M., Matter of (Michael M.—Brendi M.) | 3d Dept: 151 AD3d 1489 | denied* |
| Duane II., Matter of (Andrew II.) | 3d Dept: 151 AD3d 1129 (Proceeding No. 1) | denied |
| Felix v Felix | 2d Dept: 87 AD3d 1106 | denied |
| Fetahaj, Matter of, v Starbucks Corp. | 3d Dept: 144 AD3d 1350 | denied |
| Fotheringham v Riversource Life Ins. Co. of N.Y. | 4th Dept: 148 AD3d 1519 | denied |
| Gass v Gass | 1st Dept: 137 AD3d 423 | denied |
| Goldstein, Matter of, v Zabel | 1st Dept: 146 AD3d 624 | denied |
| Highway Supt. Assn. of Rockland, Inc., Matter of, v Town of Clarkstown | 2d Dept: 150 AD3d 731 | denied |
| Jay's Distribs., Inc., Matter of, v Boone | 3d Dept: 148 AD3d 1237 | denied |
| Jones v Swede | 4th Dept: 147 AD3d 1323 | denied |
| Junior v City of New York | 1st Dept: 146 AD3d 646 | denied |
| Justyce HH., Matter of (Andrew II.) | 3d Dept: 151 AD3d 1129 (Proceeding No. 2) | denied |
| Kirkland, Matter of, v Annucci | 2d Dept: 150 AD3d 736 | denied |
| Lamb, Matter of, v Egan | 2d Dept: 150 AD3d 854 | denied |
| Level 3 Communications, LLC, Matter of, v Clinton County | 3d Dept: 144 AD3d 115 | denied |
| Lynch, Matter of, v Annucci | 3d Dept: 151 AD3d 1148 | denied* |
| Maione, Matter of, v New York State Off. of Temporary & Disability Assistance | 2d Dept: 144 AD3d 916 | denied |
| Mayer v Mayer | 2d Dept: 142 AD3d 691 | denied |
| Nafissatou D., Matter of, v Ibrahima B. | 1st Dept: 149 AD3d 517 | denied* |
| Oparaji, Matter of, v Books & Rattles | 3d Dept: 147 AD3d 1165 | denied |
| Pacy v Cowen Holdings, Inc. | 4th Dept: 148 AD3d 1747 | denied |
| People v Hahn | 2d Dept: 150 AD3d 1285 | denied* |
| People v Maier | 4th Dept: 151 AD3d 1702 | denied |
| People v Ramos | 2d Dept: 147 AD3d 1090 | denied |
| People v Scattareggia | 2d Dept: 150 AD3d 1033 | denied |
| People v Velasco | 2d Dept: 147 AD3d 877 | denied* |
| Pfalzer, Matter of, v Pfalzer | 4th Dept: 150 AD3d 1705 | denied |
| PSW NYC LLC v Bank of Am., N.A. | 1st Dept: 150 AD3d 601 | denied |
| Reyes, Matter of, v Annucci | 3d Dept: 150 AD3d 1373 | denied* |

* Motion for poor person relief dismissed as academic or denied.